those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54714.**—J. E. Bernard & Company, Inc., et al. *v.* United States, protests 154425–K/2400, etc. (Chicago).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54715.**—American Jewelers *v.* United States, protest 160607–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54716.**—Foresta Factors *v.* United States, protests 155029–K and 156462–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of sawed lumber similar in all material respects to that the subject of Abstract 53917, the claim of the plaintiff was sustained.

**No. 54717.**—Salentine and Company, Inc. *v.* United States, protests 153513–K and 153514–K (Milwaukee).

Opinion by MOLLISON, J.   When the case was called for trial counsel for the plaintiff abandoned protest 153513–K insofar as it relates to entries 261, 292, 293, 294, 295, 327, 328, 337, and 338, and protest 153514–K insofar as it relates to entries 234, 235, 396, 502, 562, and 591.   The protests were dismissed as to the enumerated entries.   Insofar as protest 153513–K relates to entries 291, 325, and 326, and protest 153514–K relates to entries 397, 500, 561, and 592, counsel for the